# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1450

_____

Michael Carmie Antonelli,          *
                                 *
         Appellant,         *
                                 *   Appeal from the United States
    v.                         *   District Court for the Eastern
                                 *   District of Arkansas.
Linda Sanders,              *
                                 *   [UNPUBLISHED]
         Appellee.          *

_____

Submitted: July 3, 2007
Filed: July 6, 2007

_____

Before COLLOTON, BEAM, and BENTON, Circuit Judges.

_____

PER CURIAM.

Michael Carmie Antonelli appeals following the district court's[1] dismissal of his 28 U.S.C. § 2241 petition and denial of his motion for relief from judgment. We conclude that the dismissal of the section 2241 petition was proper for the reasons explained by the district court, *see Abdullah v. Hedrick*, 392 F.3d 957, 959 (8th Cir. 2004) (de novo standard of review), and that the district court did not abuse its

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.

discretion in denying the motion for relief from judgment, *see Sanders v. Clemco Indus.*, 862 F.2d 161, 169-70 (8th Cir. 1988).

Accordingly, we affirm the district court's judgment.

_____